# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Henderson Contractors Corp./ ) ASBCA No. 58206
Miles-McClellan JV1, LLC )
)
Under Contract No. SP4702-10-C-0025 )

APPEARANCE FOR THE APPELLANT: Daniel F. Edwards, Esq.
Thompson Hine LLP
Columbus, OH

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Matthew O. Geary, Esq.
Trial Attorney
DLA Land and Maritime
Columbus, OH

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 15 January 2015

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58206, Appeal of Henderson Contractors Corp./Miles-McClellan JV1, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals